**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:14-cv-158-FDW**

| | |
|---|---|
| JAMES SAMUEL HILL, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | **ORDER** |
| PATSY L. CHAVIS, ) | |
| ) | |
| Respondent. ) | |
| ) | |

UPON Petitioner's Motion for Reconsideration, (Doc. No. 18), of the Court's prior Order dismissing Petitioner's habeas petition brought under 28 U.S.C. § 2254,

IT IS HEREBY ORDERED that Petitioner's Motion for Reconsideration is DENIED for the reasons given in the Court's Order dismissing the habeas petition and granting summary judgment to Respondent. The Court further notes that, to the extent Petitioner complains that this Court ruled on Respondent's summary judgment motion before giving Petitioner time to respond, Petitioner is incorrect. Petitioner filed responses on November 21, 24, and 26, 2014, and this Court did not enter its order granting Respondent's summary judgment motion until December 1, 2014.

Signed: December 15, 2014

Frank D. Whitney
Chief United States District Judge